IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DIVISION OF WISCONSIN

RIGA SPRATS, LTD., an Illinois Corporation, )
)
                Plaintiff, )
)
            v. )    Civil Action No. 08 CV 653
)
WISCONSIN PLASTIC DRAIN TILE )
CORPORATION, a Wisconsin Corporation, )
and, MIDWEST PLASTIC PRODUCTS, INC., )
)
                Defendants. )

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the Parties, the parties having reached agreement to settle this matter, and the Plaintiff, RIGA SPRATS LTD, an Illinois Corporation, by its attorney, Kevin Rogers, and Defendant WISCONSIN PLASTIC DRAIN TILE CORPORATION, a Wisconsin Corporation, by its attorneys, James E. Bartzen and of BOARDMAN, SHUR, CURRY & FIELD and the parties having entered into a Release and Settlement the Court being otherwise fully advised of the premises, hereby incorporate the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of Plaintiff, RIGA SPRATS LTD, an Illinois Corporation against the Defendant WISCONSIN PLASTIC DRAIN TILE CORPORATION, a Wisconsin Corporation, are dismissed with prejudice with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _____
               U.S. MAGISTRATE JUDGE

DATED: 10-14-09